UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>MOHSEN GHORBANI,<br><br>           Defendants. | Case No. 17cr1876 JM<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION/TRIAL SETTING HEARING |

    Upon joint motion of the parties, (Doc. No. 29), and good cause appearing, the Motion/Trial Setting hearing currently scheduled for April 6, 2018, is hereby continued to ***June 15, 2018 at 11:00 a.m.*** Time is excluded in accordance with 18 USC Section 3161.

    IT IS SO ORDERED.

DATED: April 3, 2018

_____
Hon. Jeffrey T. Miller
United States District Judge